

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER ON MOTION

Appellate case name:      In re Prentis B. Tomlinson, Jr., Trustee of the Slattery Trust, Relator

Appellate case number:   01-19-00324-CV

Trial court case number:  2012-61491

Trial court:             281st District Court of Harris County

On May 1, 2019, relator, Prentis B. Tomlinson, Jr., Trustee of the Slattery Trust, filed a petition for writ of mandamus seeking to compel the respondent trial judge to vacate his February 12 and 14, 2019 turnover orders. Relator has filed a sworn record with a Rule 52.7(a)(2) statement and has attached an appendix to the petition with a Rule 52.3(j) record certification. *See* TEX. R. APP. P. 52.3(j), 52.7(a)(1), (2).

The Court requests a response to the petition for writ of mandamus by any real party in interest. *See* TEX. R. APP. P. 52.8(b)(1). The response, if any, shall be filed **within 20 days from the date of this order**. *See* TEX. R. APP. P. 2, 52.4.

It is so ORDERED.

Judge's signature: _/s/ Laura Carter Higley_____

                ⊠ Acting individually   ☐ Acting for the Court

Date: __May 9, 2019___